Order issued January 9 , 2013

000067



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00650-CV

**STARCO IMPEX, INC. D/B/A WHOLESALE OUTLET, Appellant**

**V.**

**KATALYST BEVERAGE CORPORATION, Appellee**

## ORDER

We **GRANT** appellee's December 28, 2012 second unopposed motion for an extension of time to file a brief. Appellee shall file its brief on or before February 8, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE